EXHIBIT B

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### DISMISSAL AND NOTICE OF RIGHTS

To: Jason J. Locasale
217 Mainline Station Drive
Morrisville, NC 27560

From: Raleigh Area Office
434 Fayetteville Street, Suite 700
Raleigh, NC 27601

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 433-2020-01324 | Jan L. Mitchell, Intake Supervisor | (919) 856-4746 |

THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination. Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

- NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

_Thomas M. Colclough_ (signature)
Thomas M. Colclough,
Acting District Director

2.21.2020
(Date Mailed)

Enclosures(s): Janet Lennon, Esq.
123 West Main St.
Suite 310
Durham, NC 27701

cc: Neera Skurky, Counsel
DUKE UNIVERSITY
705 Broad Street
Box 90496
Durham, NC 27705

---

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Raleigh Area Office
434 Fayetteville Street, Suite 700
Raleigh, NC 27601-1701

Attn: Intake




NC 275
24 FEB '20

U.S. POSTAGE >> PITNEY BOWES
ZIP 27601 $ 000.50⁰
02 4W
0000360893

27560-611217