IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No: 1:20-cv-00087-CCE-JEP

| | |
|---|---|
| JASON WEI LOCASALE,<br><br>　　Plaintiff,<br><br>v.<br><br>DUKE UNIVERSITY, and<br>DONALD PATRICK MCDONNELL, in<br>his individual and official capacity<br><br>　　Defendants. | JOINT STIPULATION OF<br>DISMISSAL WITH PREJUDICE |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the Plaintiff Jason Wei Locasale and Defendants Duke University and Donald Patrick McDonnell (the "Parties"), by and through counsel, hereby stipulate to and give notice of the dismissal of all Plaintiff's claims against the Defendants, <u>with prejudice</u>, including all claims that were or might have been asserted by Plaintiff in this action. The Parties shall bear their own fees and costs associated with this matter.
8

This the 5th day of April, 2021.

| | |
|---|---|
| */s/ Tiffany D. Russell* | */s/Tory Ian Summey* |
| Tiffany D. Russell | Stacy K. Wood |
| NC State Bar No. 37756 | NC State Bar No. 21768 |
| Janet Lennon | Tory I. Summey |
| NC State Bar No. 30453 | NC State Bar No. 46437 |
| The Law Office of Tiffany D. Russell, PLLC | Parker Poe Adams & Bernstein LLP |
| 123 West Main Street, Suite 310 | 620 South Tryon Street, Suite 800 |
| Durham, NC 27703 | Charlotte NC 28202 |
| Phone: (919) 794-8141 | Telephone: (704) 335-9036 |
| Email: tdrussell@tdrlegal.com | Facsimile: (704) 335-9697 |
| Email: myr127@aol.com | Email: stacywood@parkerpoe.com |
| | Email: torysummey@parkerpoe.com |
| *Attorney for Plaintiff* | *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on this date the foregoing ***STIPULATION OF DISMISSAL WITH PREJUDICE*** was electronically filed with the Clerk of Court using the CM/ECF system and served upon counsel for Plaintiff via the Court's electronic case filing system.

This 5th day of April, 2021.

/s/ Tory Ian Summey
Stacy K. Wood, N.C. Bar No. 21768
stacywood@parkerpoe.com
Tory Ian Summey N.C. Bar No. 46437
torysummey@parkerpoe.com
PARKER POE ADAMS & BERNSTEIN LLP
620 South Tryon Street, Suite 800
Charlotte, North Carolina 28202
Telephone: (704) 335-9844
Facsimile: (704) 334-4706

*Attorneys for Defendants*